IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 23-cv-03073-GPG-NRN

JENNIFER DESOUSA,

    Plaintiff,

v.

UNIVERSITY OF NORTHERN COLORADO,

    Defendant.

## ORDER

    Before the Court is the Report and Recommendation by United States Magistrate Judge N. Reid Neureiter issued on March 7, 2024 (D. 39). Magistrate Judge Neureiter recommended that the case be dismissed without prejudice with each party bearing their own costs and fees based on Plaintiff's representation to the Court that she no longer wishes to proceed with the lawsuit (*id.* at 2). For the following reasons, the Court AFFIRMS and ADOPTS the Recommendation.

    The parties were advised that they had fourteen days, after being served with a copy of the Recommendation, to file written objections in order to obtain reconsideration by the District Judge assigned to the case. *See* Fed. R. Civ. P. 72(b). Neither party has filed an objection to Magistrate Judge Neureiter's Recommendation.

    Under 28 U.S.C. § 636(b)(1)(B), this Court may designate a magistrate judge to consider dispositive motions and submit recommendations to the Court. Fourteen days after issuance of a

recommendation, the Court must "determine de novo any part of the magistrate judge's [recommended] disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). A party's failure to file such written objections may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). When this occurs, the District Judge is "accorded considerable discretion" and may review a magistrate judge's report under any standard it deems appropriate. *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas*, 474 U.S. at 150).

After reviewing all the relevant pleadings, the Court concludes that Magistrate Judge Neureiter's analysis was thorough and comprehensive, the Recommendation is well-reasoned, and the Court finds no clear error on the face of the record. Accordingly, the Court AFFIRMS and ADOPTS Magistrate Judge Neureiter's Recommendation as an Order of this Court (D. 39). Plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE and each party bears their own costs and fees. It is FURTHER ORDERED that the Clerk of the Court shall close this case.

DATED March 25, 2024.

BY THE COURT:

Gordon P. Gallagher
United States District Judge