IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03073-GPG-NRN

JENNIFER DESOUSA,

    Plaintiff,

v.

UNIVERSITY OF NORTHERN COLORADO,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 103] of United States District Judge Gordon P. Gallagher entered on March 25, 2024, it is

ORDERED that Magistrate Judge Neureiter's Recommendation [Docket No. 39] is ADOPTED.  It is further

ORDERED that Plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED that judgment shall enter in favor of defendant and against plaintiff.  It is further

ORDERED that each party bears their own costs and fees.  It is further

ORDERED that this case is closed.

Dated: March 25, 2024.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
   Deputy Clerk

2